UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-23620-CIV-ALTONAGA/O'Sullivan

**ROD EISENBERG**, *et al.*,

    Plaintiffs,

v.

**CITY OF MIAMI BEACH**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Defendant City of Miami Beach's Motion for Fees and Sanctions Pursuant to Federal Rule of Civil Procedure 11, Title 28 U.S.C. § 1927, and the Court's Inherent Authority (the "Rule 11 Motion") [ECF No. 68], filed Jun 12, 2014.  The relief Defendant seeks is evident from the title of the Motion.  Defendant acknowledges that "[a] court confronted with a motion for Rule 11 sanctions must first determine whether the claims raised are objectively frivolous and, if they are, whether the signer of the pleadings should have been aware of their frivolous nature."  (Mot. 4 (quoting *Lee v. Mid-State Land & Timber Co.*, 285 F. App'x 601, 608 (11th Cir. 2008) (alteration added; citation omitted))).  By Order dated March 3, 2014 [ECF No. 36] the Court granted in part and *denied in part* Defendant's Motion to Dismiss or Strike Plaintiffs' Complaint [ECF No. 16], and since that date Defendant has filed its Answer [ECF No. 41] and a Motion for Judgment on the Pleadings [EF No. 52], the latter of which was only fully briefed on June 10, 2014.  The present Motion is premature; Defendant would be well served to wait for a ruling on its Motion for Judgment on the Pleadings and if successful, it may renew the Rule 11 Motion.

CASE NO. 13-23620-CIV-ALTONAGA

Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED without prejudice**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 13th day of June, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record